# Exhibit 7



February 14, 2025

Michael Junge
USAID
gjunge@usaid.gov

Subject:    Contract No. 47QRAD20D1105 / Task Order No. 72061124N00001
             Submission of Certified Claim

Dear Contracting Officer Junge:

EnCompass LLC submitted Invoice Nos. 0000003588, 0000003979, and 0000004223 for costs incurred prior to the issuance of the Government's suspension of payments on January 24, 2025. The Prompt Payment Act, 31 U.S.C. §§ 3901–07, and Federal Acquisition Regulation ("FAR") 52.232-25, require that Federal agencies must make payment for accepted goods or services within 30 days of receipt of a properly detailed invoice. As of the date of this letter, the amount of $1,155,636.74 remains unpaid.

We are aware that USAID has issued a blanket suspension of payments to contractors, even for expenses incurred before January 24, 2025. Therefore, we consider the amount due in the above-referenced invoices to be disputed pursuant to FAR 52.233-1(c). As a result, EnCompass hereby submits this certified claim pursuant to 41 U.S.C. § 7103, FAR 33.206, and FAR 52.233-1 and requests a final decision. I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the contractor.

Please make payment for the full amount under the above-referenced invoices immediately, as required by the February 13, 2025 Temporary Restraining Order issued by the U.S. District Court for the District of Columbia in *AIDS Vaccine Advocacy Coalition v. U.S. Department of State*, to avoid Prompt Payment Act interest accrual and/or any legal action under the Contract Disputes Act, 41 U.S.C. §§ 7101–09. Because we are aware that USAID is not paying outstanding invoices as a matter of course, if we do not receive payment for the full amount under the above-referenced invoices within 5 calendar days, we reserve the right to treat this as a deemed denial under FAR 33.211(g) and immediately appeal the decision to the appropriate tribunal.

I am enclosing a copy of EnCompass's submitted invoices.

Sincerely,

*Pam Homan*

Pam Homan
Sr. VP, Finance and Operations
phoman@encompassworld.com
(301) 287-8723